AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>FRANK HARRIS<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3:26-mj-70752 MAG |

**FILED**

May 27 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 6, 2026___ in the county of ___San Francisco___ in the ___Northern___ District of ___California___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Affidavit of ATF Special Agent Korbin Brock,

☑ Continued on the attached sheet.

Approved as to form ___*Kevin J. Barry*___
AUSA ___Kevin J. Barry___

_____/s/_____
*Complainant's signature*

Korbin Brock, Special Agent, ATF
*Printed name and title*

Sworn to before me by telephone.

Date: ___05/26/2026___

_____
*Judge's signature*

City and state:      ___San Francisco, CA___          Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF**</u>
<u>**AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**</u>

I, Korbin Brock, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, hereby declare as follows:

<u>**INTRODUCTION**</u>

1.      I make this affidavit in support of an application for a Criminal Complaint and Arrest Warrant charging Defendant FRANK HARRIS with a violation of 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm.

2.      This affidavit is submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant.  The statements in this affidavit are based on records and reports, information provided to me by other law enforcement officials, and my investigation of this matter.  I have not included every fact known to me concerning this investigation.  Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal laws identified above have occurred.

<u>**AFFIANT BACKGROUND**</u>

3.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since April 2023.  During this time, I have investigated, among other things, violations of the federal firearms laws and crimes of violence. I have participated in the execution of criminal arrests and search warrants and have received training in, among other things, criminal procedure, search and seizure, firearms and narcotics investigations, and the identification and investigation of organized gangs.  I am an investigative or law enforcement officer of the United States who is empowered by law to conduct

1

investigations of and to make arrests for violations of Federal law, including violations of 18 U.S.C. § 922(g)(1).

4.      Prior to ATF, I graduated the Federal Law Enforcement Training Center ("FLETC") Uniformed Police Training Program ("UPTP") and Secret Service Uniformed Division training at the Rowley Training Center in 2019 and was subsequently employed with the United States Secret Service as a Uniformed Division Officer, enforcing both state and federal law for roughly four years.

5.      I have not personally participated in the investigation discussed in this affidavit, but I am familiar with the facts and circumstances of the investigation.  My role in this investigation, combined with my training and experience, information I have learned from other officers, task force officers, ATF agents and other law enforcement agencies, my discussions with witnesses involved in the investigation, and my review of records and reports relating to the investigation, form the basis for the statements I set forth in this affidavit.

6.      I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 3051.  I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of federal law, including 18 U.S.C. § 922(g)(1).

## APPLICABLE STATUTES

7.      Title 18, United States Code, Section 922(g)(1) makes it unlawful for certain prohibited persons, such as a person with a prior felony conviction, to possess a firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

8.      In the context of a person with a prior felony conviction, the elements of the offense are:

2

(1)    the Defendant knowingly possessed a firearm;

(2)    the firearm had been in or affecting interstate or foreign commerce;

(3)    at the time the Defendant possessed the firearm, the Defendant had been convicted of a crime punishable by more than a year in prison; and

(4)    at the time the Defendant possessed the firearm, the Defendant knew he or she had been convicted of a crime punishable by more than a year in prison.

## FACTS SUPPORTING PROBABLE CAUSE

9.    On February 6, 2026, San Francisco Police Department Officers were dispatched to respond to an auto burglary near the Moscone Center, which at the time was hosting a number of events connected to the Superbowl. They received a report that the vehicle used by the suspects involved in that burglary was a black BMW X1.

10.    Officers were able to locate the BMW and observed it casing cars in the area. SFPD determined that the BMW was a stolen vehicle out of Burlingame.

11.    At one point, a person later identified as a person with the initials G.B. got out of the BMW and began looking into parked cars. G.B. got back into the BMW, and it drove from the area of Moscone Center and onto 101 South.

12.    SFPD units began converging on the BMW, as officers believed it was going to other areas of the city to commit additional burglaries. The BMW travelled on South 101 and onto the Octavia Street offramp, where it became stuck in heavy traffic.

13.    To avoid a potential car chase, the officers following the BMW decided to approach the car on foot. When they got close, the passenger, later identified as G.B., got out

3

and ran away.  As he did so, he tossed a firearm off of the ramp and onto the street below.

14.    The driver, FRANK HARRIS, also got out of the car.  He jumped over the barrier separating the northbound and southbound lanes and ran in the opposite traffic lane toward Market Street.  Officers were able to tackle HARRIS and arrest him.

15.    In the driver's footwell of the BMW, officers found a 9mm Glock 17 pistol.  The weapon was loaded with a high-capacity magazine with a round in the chamber.  Officers also found window punches among HARRIS's and G.B.'s property, tools that are typically used to break into cars.

16.    The officers submitted the firearms for DNA testing, and the Crime Lab found "very strong support" for HARRIS's inclusion on the DNA found on the grip of the Glock. Specifically, the results obtained were 52.6 sextillion times more likely if the DNA originated from HARRIS and three random, unrelated persons than if it came from four random, unrelated persons.  (There were four contributors to the DNA found, and HARRIS' genotype represented 65% of the mixture.)  There was also very strong support for HARRIS' inclusion in the DNA found on ammunition found in the Glock, with a likelihood ratio of 12.2 million.

17.    The Glock pistol was manufactured either in Smyrna, Georgia, or in the country of Austria, meaning that it travelled in interstate or foreign commerce before being found in HARRIS's vehicle in San Francisco.

18.    HARRIS is a convicted felon, with a 2017 felony conviction for carrying a concealed weapon in a vehicle, in violation of California Penal Code Section 25400(a)(1), and a 2019 felony conviction for Second Degree Burglary, in violation of California Penal Code Section 460(b).  Accordingly, because HARRIS has two felony convictions, one of them for possession of a firearm, there is probable cause that HARRIS knew he was a felon.

4

## REQUEST FOR SEALING

19.     I request that the court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the court. These documents discuss an ongoing criminal investigation. While HARRIS is aware of the overall investigation, he is unaware of the specifics or that the government is seeking to prosecute him. Accordingly, there is good cause to seal these documents, as their premature disclosure may alert the target of this investigation or otherwise seriously jeopardize the investigation.

## CONCLUSION

20.     For the foregoing reasons, I submit that there is probable cause to establish that on February 6, 2026, FRANK HARRIS committed the offense of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Korbin Brock_____
KORBIN BROCK
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 26th day of May, 2026.  This application and warrant are to be filed under seal.

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

5